WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| GARY R. OLSON,<br><br>              Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>              Defendant. | Case No.  2:24-cv-00512-JCM-BNW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT [FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Gary R. Olson ("Plaintiff"), and counsel for Defendant Bank of America, N.A. ("Defendant or BANA"), that the time for BANA to respond to Plaintiff's Complaint is extended up to and including May 9, 2024.

On March 15, 2024, Plaintiff filed his Complaint [ECF No. 1].  BANA was served with Plaintiff's Complaint on March 20, 2024.  The deadline for BANA to respond to Plaintiff's Complaint is April 9, 2024. BANA's undersigned counsel was retained on April 4, 2024.  The Parties have discussed extending the deadline for BANA to respond to Plaintiff's Complaint to allow for additional time to complete the investigation of the allegations and continue to discuss early resolution of the matter.

/././

/././

JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A.
TO RESPOND TO THE COMPLAINT

1   This is the first request for an extension of time for BANA to file its responsive pleading.
2   The extension is requested in good faith and is not for purposes of delay or prejudice to any other
3   party.
4
5   DATED: April 4, 2024                    **LAW OFFICES OF MITCHELL D. GLINER**
6
7                                            By:       */s/ Mitchell D. Gliner*
8                                                 Mitchell D. Gliner, Esq.
                                                  Attorney for Plaintiff
9                                                 Gary R. Olson
10  DATED: April 4, 2024                    **WRIGHT FINLAY & ZAK, LLP**
11
12
13                                           By:       */s/ Jory C. Garabedian*
                                                  Jory C. Garabedian, Esq.
14                                                Attorney for Defendant
                                                  Bank of America, N.A.
15
16
17
18                                           **IT IS SO ORDERED:**
19
20                                           _____
                                             UNITED STATES MAGISTRATE JUDGE
21
                                             DATED: 4/5/2024
22
23
24
25
26
27
28

2
JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A.
TO RESPOND TO THE COMPLAINT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT FINLAY & ZAK, LLP, and that on April ___, 2024, I caused to be served a true and correct copy of the foregoing ***JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT***, in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to Administrative Order 14-2, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List:

Mitchell D. Gliner
Law Office of Mitchell D. Gliner
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
mgliner@glinerlaw.com

/s/ _____
An employee of WRIGHT FINLAY & ZAK, LLP