WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY R. OLSON,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.  2:24-cv-00512-JCM-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Gary R. Olson ("Plaintiff"), and counsel for Defendant Bank of America, N.A. ("Defendant or BANA"), that the time for BANA to respond to Plaintiff's Complaint is extended up to and including May 23, 2024.

On March 15, 2024, Plaintiff filed his Complaint [ECF No. 1].  BANA was served with Plaintiff's Complaint on March 20, 2024.  The deadline for BANA to respond to Plaintiff's Complaint is currently May 9, 2024 [ECF No. 6]. The Parties have actively engaged in settlement negotiations over the last 30 days.  The Parties have agreed to extend BANA's response deadline to continue to discuss early resolution of the matter.

/./././

/./././

This is the second request for an extension of time for BANA to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED:  May 6, 2024               **LAW OFFICES OF MITCHELL D. GLINER**

By: _____*/s/ Mitchell D. Gliner*_____
    Mitchell D. Gliner, Esq.
    Attorney for Plaintiff
    Gary R. Olson

DATED:  May 6, 2024               **WRIGHT FINLAY & ZAK, LLP**

By: _____*/s/ Jory C. Garabedian*_____
    Jory C. Garabedian, Esq.
    Attorney for Defendant
    Bank of America, N.A.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 8, 2024

2
STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A.
TO RESPOND TO THE COMPLAINT