WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY R. OLSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　Defendant. | Case No.  2:24-cv-00512-JCM-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

　　　　Defendant Bank of America, N.A. ("Defendant or BANA") hereby submits its Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint to up to and including May 31, 2024.

　　　　On March 15, 2024, Plaintiff filed his Complaint [ECF No. 1].  BANA was served with Plaintiff's Complaint on March 20, 2024.  The deadline for BANA to respond to Plaintiff's Complaint is currently May 23, 2024 [ECF No. 6]. The Parties have actively engaged in settlement negotiations over the last 60 days and are close to finalizing terms for settlement.  Earlier this morning, counsel for BANA reached out to Plaintiff's counsel about final approval of settlement terms.  He is currently out of the office and unable to review, but agreed to a further extension of time for BANA to respond thru May 31, 2024.  BANA currently anticipates a notice of settlement will be filed with the court within the next week.

1  This is the third request for an extension of time for BANA to file its responsive pleading.
2  The extension is requested in good faith and is not for purposes of delay or prejudice to any other
3  party.

4

5  DATED:  May 23, 2024                                **WRIGHT FINLAY & ZAK, LLP**

6

7
                                                       By: */s/ Jory C. Garabedian*
8                                                           Jory C. Garabedian, Esq.
                                                            Attorney for Defendant
9                                                           Bank of America, N.A.

10

11

12

13                                                     **IT IS SO ORDERED:**

14
                                                       _____
15                                                     UNITED STATES MAGISTRATE JUDGE

16                                                     DATED:  May 24, 2024

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 23rd day of May, 2024, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ Faith Harris
An Employee of WRIGHT, FINLAY & ZAK, LLP